UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

April 16, 2026

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESSY JOHNSON

Defendant.

Case No.  2:26-cr-0045 TLN-2

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JESSY JOHNSON Case No.

2:26-cr-0045 TLN-2  Charges 21 USC § 841(a)(1) from custody for the following

reasons:

                Release on Personal Recognizance

                Bail Posted in the Sum of $ _____

   x    Unsecured Appearance Bond $   $50,000

                Appearance Bond with 10% Deposit

   x    Appearance Bond with Surety :$600,000

                Corporate Surety Bail Bond

   x    (Other): Defendant to be RELEASED at 9:00 AM on 4/16/2026 for installation of LCM equipment at Pretrial.

Issued at Sacramento, California on April 16, 2026 at 8:30 AM

By:  _Chi Soo Kim_____

Magistrate Judge Chi Soo Kim