HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Mendoza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MENDOZA, ET. AL.,<br><br>Defendant. | Case No. 2:26CR45-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: July 30, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Charles Campbell, counsel for Plaintiff, Neat Allen Sawyer, counsel for Jessy Johnson, Clemente M. Jimenez, counsel for Alejandro Perez and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Jose Mendoza, that the previously scheduled Status Conference set for July 30, 2026, be continued to **October 22, 2026 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. On April 9, 2026, a grand jury in the Eastern District of California returned an indictment charging the defendants with violations of Federal law related to controlled substance offenses. Dkt. 25. All defendants have appeared before the Court for arraignment on the indictment.

2. The government has produced discovery, which includes over 18,000 pages of PDFs and

over 100 spreadsheets.

3. All defense counsel desire additional time to consult with their clients, review discovery, investigate, and otherwise prepare for trial.

4. Each defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and each defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 30, 2026 to October 22, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at each defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 16, 2026

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Mendoza

Date: July 16, 2026

ERIC GRANT
United States Attorney

*/s/ Charles Campbell*
CHARLES CAMPBELL
Assistant United States Attorney
Attorneys for Plaintiff

Date: July 16, 2026

*<u>/s/ Neat Allen Sawyer</u>*
NEAT ALLEN SAWYER
Attorneys for Defendant
Mr. Johnson

Date: July 16, 2026

*<u>/s/ Clemente M. Jimenez</u>*
CLEMENTE M. JIMENEZ
Attorneys for Defendant
Mr. Perez

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 16, 2026

Troy L. Nunley
United States District Judge