N. ALLEN SAWYER SBN 173565
LAW OFFICE OF ALLEN SAWYER PC
4578 Feather River Dr Ste D
Stockton, CA 95219
Phone: (209) 645-0556
Fax: (888) 645-0056
allen@allensawyer.com

Counsel for Defendant Jessy Johnson

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESSY JOHNSON,<br>Defendant. | Case No. 2:26-cr-00045 TLN<br>**[~~PROPOSED~~] ORDER MODIFYING SPECIAL CONDITIONS OF PRETRIAL RELEASE** |

The Court, having considered Defendant Jessy Johnson's Motion to Modify Special Conditions of Pretrial Release, the supporting declaration, the position of Pretrial Services, and the government's non-opposition, finds good cause to modify Defendant's conditions of release pursuant to 18 U.S.C. § 3142(c)(3).

Accordingly, IT IS HEREBY ORDERED:

**Condition 5.** Defendant shall restrict his travel to the Eastern District of California and the Central District of California, with travel to the Central District permitted solely for purposes related to the renovation project at 29853 Sherwood Street, Lucerne Valley, California 92356, unless otherwise approved in advance by Pretrial Services.

**Conditions 16 and 17.** Conditions 16 and 17 are terminated. Pretrial Services shall arrange removal of the monitoring equipment.

All other conditions of Defendant's pretrial release shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: November 19, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE